| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF MECKLENBURG | IN THE GENERAL COURT OF JUSTICE<br>SUPERIOR COURT DIVISION<br>CASE NO. 23-CV-032083-590 |

| | |
|---|---|
| STEPHEN ROBEY, father; DOROTHY ROBEY, mother; and J.R., a minor DOB 09/13/06,<br><br>                              **Plaintiffs,**<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, Superintendent CRYSTAL L. HILL, in her professional and personal capacity; Principal TRACEY HARRILL, in her professional and personal capacity; and School Counselor ADRIAN HODGES, in her professional and personal capacity.<br><br>                              **Defendants.** | **NOTICE OF FILING OF NOTICE OF REMOVAL** |

**TO:** Honorable Superior Court Judge
       Clerk of Superior Court
       Mecklenburg County
       PO Box 37971
       Charlotte, North Carolina 28237

      PLEASE TAKE NOTICE that Defendants Charlotte-Mecklenburg Board of Education, Crystal L. Hill, Tracey Harrill, and Adrian Hodges, by and through undersigned counsel, has this day filed a NOTICE OF REMOVAL and thereby removed this action from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, to the United States District Court for the Western District of North Carolina, Charlotte Division, pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446. A copy of the Notice of Removal is attached as **Exhibit 1**.

1

This the 3rd day of January 2024.

/s/ Heather Bankert
Heather Bankert (N.C. Bar No. 40060)
/s/ Cody Davis
Cody Davis (N.C. Bar No. 53438)
**Charlotte-Mecklenburg Board of Education**
600 E. Fourth Street, Fifth Floor
Charlotte, NC 28202
Phone: 980-343-6228
Fax: 980-343-5739
heathers.bankert@cms.k12.nc.us
cody1davis@cms.k12.nc.us
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **FILING OF NOTICE OF REMOVAL** in the above-entitled action upon all parties to this cause by depositing a copy thereof in the United States mail, first class, postage prepaid and by electronic email, addressed as follows:

J. Elliott Field, Attorney-at-Law, PLLC<br>
216 N. McDowell St., Ste. 100<br>
Charlotte, NC 28204<br>
efieldjd@gmail.com

This the 3rd day of January 2024.

/s/ Heather Bankert
Heather Bankert (N.C. Bar No. 40060)
/s/ Cody Davis
Cody Davis (N.C. Bar No. 53438)
**Charlotte-Mecklenburg Board of Education**
600 E. Fourth Street, Fifth Floor
Charlotte, NC 28202
Phone: 980-343-6228
Fax: 980-343-5739
heathers.bankert@cms.k12.nc.us
cody1davis@cms.k12.nc.us
*Attorneys for Defendants*