UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-cv-00004

| | |
|---|---|
| STEPHEN ROBEY, father; DOROTHY ROBEY, mother; and J.R., a minor DOB 09/13/06,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CHARLOTTE-MECKLENBURG BOARD OF EDUCATION, Superintendent CRYSTAL L. HILL, in her professional and personal capacity; Principal TRACEY HARRILL, in her professional and personal capacity; and School Counselor ADRIAN HODGES, in her professional and personal capacity.<br><br>                                  Defendants. | DEFENDANTS' UNOPPOSED MOTION TO AMEND CASE CAPTION |

NOW COMES Defendants, **CHARLOTTE-MECKLENBURG BOARD OF EDUCATION** ("Defendant Board"), **CRYSTAL HILL** ("Defendant Hill"), **TRACEY HARRILL** ("Defendant Harrill") and **ADRIAN HODGES** ("Defendant Hodges") through counsel, and respectfully moves this Court to enter an Order amending the case caption to reflect Defendant Hodges name as ADRIAN HODGE. Counsel for Plaintiffs has informed Defendant's counsel that Plaintiffs consent to Defendant's motion.

1

Respectfully submitted this 5th day of January 2024.

/s/ Heather Bankert
Heather Bankert (N.C. Bar No. 40060)
/s/ Cody Davis
Cody Davis (N.C. Bar No. 53438)
**Charlotte-Mecklenburg Board of Education**
600 E. Fourth Street, Fifth Floor
Charlotte, NC 28202
Phone: 980-343-6228
Fax: 980-343-5739
heathers.bankert@cms.k12.nc.us
cody1davis@cms.k12.nc.us
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

This is to certify that on this date the undersigned filed the foregoing **DEFENDANTS' UNOPPOSED MOTION TO AMEND CASE CAPTION** in the above-entitled action upon all parties to this cause by depositing a copy thereof in the United States mail, first class, postage prepaid and by electronic email, addressed as follows:

> J. Elliott Field, Attorney-at-Law, PLLC
> 216 N. McDowell St., Ste. 100
> Charlotte, NC 28204
> efieldjd@gmail.com

This the 5th day of January 2024.

> /s/ Heather Bankert
> Heather Bankert (N.C. Bar No. 40060)
> /s/ Cody Davis
> Cody Davis (N.C. Bar No. 53438)
> **Charlotte-Mecklenburg Board of Education**
> 600 E. Fourth Street, Fifth Floor
> Charlotte, NC 28202
> Phone: 980-343-6228
> Fax: 980-343-5739
> heathers.bankert@cms.k12.nc.us
> cody1davis@cms.k12.nc.us
> *Attorneys for Defendants*